[No. 18888.   Department Two.   December 26, 1924.]

GEORGE ADAMS, *Respondent,* v. GEORGE OLSON, *Appellant.*[1]

APPEAL (406) — REVIEW — NEW TRIAL — DISCRETION. An order granting a new trial will not be disturbed on appeal where there was a positive conflict in the evidence upon material issues.

Appeal from an order of the superior court for King county, Brinker, J., entered March 24, 1924, granting a new trial. Affirmed.

*H. E. Foster,* for appellant.

*Daniel Landon,* for respondent.

MITCHELL, J.—This is an appeal from an order granting a new trial in an action at law. The record shows there was a positive conflict in the evidence at the trial upon the material issues presented by the pleadings. That we will not disturb such an order has often been announced as the established rule of practice governing appeals in such cases. *Alberts v. Rasher, Kingman, Herrin,* 128 Wash. 32, 221 Pac. 975, and cases cited therein.

Affirmed.

MAIN, C. J., MACKINTOSH, HOLCOMB, and FULLERTON, JJ., concur.

[1] Reported in 232 Pac. 361.